IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Hipps, | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| *-vs-* | ) No. 21-cv-3801 |
| | ) |
| Thomas Dart, Sheriff of Cook | ) Judge Rowland |
| County, and Cook County, Illinois, | ) |
| | ) Magistrate Judge Weisman |
| | ) |
| | ) |
| *Defendants.* | ) |

## STIPULATION OF DISMISSAL

It is stipulated between plaintiff Hipps and defendants Thomas Dart, Sheriff of

Cook County and Cook County, Illinois by their respective undersigned counsel, that

this action is dismissed with prejudice and without costs pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| /s/ Patrick W. Morrissey | /s/ Monica Burkoth (with consent) |
| Thomas G. Morrissey, Ltd. | Johnson & Bell, Ltd. |
| 10257 S. Western Ave. | 33 W. Monroe St., Suite 2700 |
| Chicago, IL 60643 | Chicago, IL 60603 |
| (773)233-7901 | *An attorney for defendants Dart and* |
| pwm@morrisseylawchicago.com | *Cook County, Illinois* |
| *an attorney for plaintiff* | |